# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 10, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157940(158)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

JOHN CORYELL KELSEY, II,
        Defendant-Appellant.
_____/

SC: 157940
COA: 329229
Ingham CC: 14-001380-FH

On order of the Chief Justice, the motion of defendant-appellant to file a supplemental authority is GRANTED. The supplemental authority received on August 2, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 10, 2018



Clerk